

**IT IS ORDERED as set forth below:**

**Date: October 4, 2013**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 13-65677-JRS |
| | ) | |
| ZAKARYAH BEN-YISRAEL, | ) | CHAPTER 7 |
| Debtor. | ) | |
| | ) | |
| ASSOCIATED CREDIT UNION, | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ZAKARYAH BEN-YISRAEL, | ) | |
| Respondent | ) | |
| | ) | |
| and | ) | |
| | ) | |
| NEIL C. GORDON, | ) | |
| Trustee. | ) | |

**CONSENT ORDER LIFTING AUTOMATIC STAY**

**IT APPEARING** that ASSOCIATED CREDIT UNION (hereinafter referred to as "ACU") contends it retains a perfected security interest in a 2012 Chrysler Town & Country, Vehicle Identification No. 2C4RC1BG2CR187086 (hereinafter referred to as the "Vehicle"); and

**IT APPEARING** that the Debtor desires to surrender the Vehicle to ACU; and

**IT APPEARING** that the Vehicle is not necessary for the effective reorganization of the Debtor and is burdensome to the estate and of inconsequential value; it is

**ORDERED, ADJUDGED AND DECREED** that the automatic stay pursuant to 11 U.S.C. § 362 is hereby lifted as to the 2012 Chrysler Town & Country, Vehicle Identification No. 2C4RC1BG2CR187086 to the extent provided in 11 U.S.C. § 362(d) and the 14-day requirement pursuant to F.R.B.P. 4001(a)(3) is waived; and it is further

**ORDERED, ADJUDGED AND DECREED** that in the event any equity is realized from the disposition of the Vehicle, said equity shall be paid by ACU to the Chapter 7 Trustee.

**[END OF DOCUMENT]**

PREPARED AND SUBMITTED BY:

*/s/ Michael B. Pugh*
**MICHAEL B. PUGH**
Georgia State Bar No. 150170
THOMPSON, O'BRIEN, KEMP & NASUTI, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092
Telephone: (770) 925-0111
E-mail: *mpugh@tokn.com*
Attorneys for Associated Credit Union

| CONSENTED TO: | NO OPPOSITION: |
|---|---|
| */s/ Shelley A. Elder* | */s/ Neil C. Gordon* |
| **SHELLEY A. ELDER\*** | **NEIL C. GORDON\*** |
| Georgia State Bar No. 130522 | Georgia State Bar No. 302387 |
| ELDER LAW FIRM, PLLC | ARNALL, GOLDEN & GREGORY, LLP |
| 1558 Ridenour Parkway, NW | Suite 2100 |
| Kennesaw, Georgia 30152 | 171 17th Street, NW |
| Telephone: (404) 783-2244 | Telephone: (404) 873-8596 |
| E-mail: *selderlaw@aol.com* | Chapter 7 Trustee |
| Attorney for the Debtor | \* with express permission by Michael B. Pugh |
| \* with express permission by Michael B. Pugh | |

In re Zakaryah Ben-Yisrael
Chapter 7 Case No. 13-65677-JRS

## **DISTRIBUTION LIST**

DEBTOR: Zakaryah Ben-Yisrael
1259 Jordan Road
Powder Springs, Georgia 30127

DEBTOR'S ATTORNEY: Shelley A. Elder
Elder Law Firm, PLLC
1558 Ridenour Parkway, NW
Kennesaw, Georgia 30152

CHAPTER 7 TRUSTEE: Neil C. Gordon
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, Georgia 30363

MOVANT'S ATTORNEY: Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South, Suite 300
Norcross, Georgia 30092